THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 Charleston
 County Department of Social Services, Respondent,
 v.
 Krystal H.,
 Micah Q. and John Doe, Defendants,
 Of Whom Micah Q.
 is the Appellant.
 
 
 

In the interest of S.H., a child under the
 age of 18.

Appeal From Charleston County
Judy Bridges McMahon, Family Court Judge
Unpublished Opinion No. 2008-UP-544
Submitted September 1, 2008  Filed
 September 29, 2008   
AFFIRMED

 
 
 
 Ellen H. Bentz, of Charleston, for Appellant.
 Bonnie T Brisbane, of North Charleston, for Respondent.
 Suzanne E. Groff, of Charleston, for Guardian Ad Litem.
 
 
 

PER CURIAM: Micah
 Q. appeals from the family courts order
 terminating his parental rights to his minor child.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).  Upon a thorough review
 of the record and the family courts findings of fact and conclusions of law,
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 courts ruling and relieve counsel. 
AFFIRMED.[1] 
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1]  We decide this case without oral argument pursuant to
 Rule 215, SCACR.